1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAUL SONNY BAKER,

      Petitioner,                    No. CIV S-11-0286 DAD P

   vs.

KATHLEEN ALLISON, Warden,

      Respondent.                <u>ORDER</u>

_____/

      Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has paid the filing fee.

      In his application, petitioner challenges a decision by the Board of Parole Hearings to deny him parole.  Petitioner is currently confined at the California Substance Treatment Abuse Facility in Kings County.  Kings County is part of the Fresno Division of the United States District Court for the Eastern District of California.  <u>See</u> Local Rule 120(d).

      Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court.  Therefore, this action will be transferred to the Fresno Division of the court.

/////

1  Good cause appearing, IT IS HEREBY ORDERED that:

2  1. This action is transferred to the United States District Court for the Eastern

3  District of California sitting in Fresno; and

4  2. All future filings shall reference the new Fresno case number assigned and

5  shall be filed at:

6  United States District Court
   Eastern District of California
7  2500 Tulare Street
   Fresno, CA 93721

9  DATED: March 3, 2011.

   _____
   DALE A. DROZD
   UNITED STATES MAGISTRATE JUDGE

14  DAD:9:kly
    bake0286.109